Opinion by JOHNSON, J.  In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62269.**—Western Trading Co. *v.* United States, protest 319363–K (New York).

Opinion by JOHNSON, J.  In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62270.**—World Wide Services, Inc. *v.* United States, protest 320161–K (B) (New York).

Opinion by JOHNSON, J.  In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62271.**—C. A. Haynes & Co. *v.* United States, protest 320247–K (New York).

Opinion by JOHNSON, J.  In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

BEFORE THE SECOND DIVISION, AUGUST 7, 1958

**No. 62272.**—Aluminum Import Corp. *v.* United States, protest 220483–K (Ogdensburg).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of aluminum alloys similar in all material respects to those the subject of *C. J. Tower & Sons* v. *United States* (45 C. C. P. A. 43, C. A. D. 670), the claim of the plaintiff was sustained.

**No. 62273.**—Aluminum Import Corp. et al. *v.* United States, protests 253344–K, etc. (St. Albans).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of aluminum alloys similar in all material respects to those the subject of *C. J. Tower & Sons* v. *United States* (45 C. C. P. A. 43, C. A. D. 670), the claim of the plaintiffs was sustained.

**No. 62274.**—Aluminum Import Corp. *v.* United States, protest 274675–K (St. Albans).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of aluminum alloys similar in all material respects to those the subject of *C. J. Tower & Sons* v. *United States* (45 C. C. P. A. 43, C. A. D. 670), the claim of the plaintiff was sustained.

**No. 62275.**—Davies, Turner & Co. *v.* United States, protest 266123–K (Boston).

Opinion by LAWRENCE, J. It was stipulated that the merchandise consists of nonferrous metal scrap composed in chief value of nonferrous metals, more particularly described as tungsten rod scrap pieces, which are secondhand and fit only to be remanufactured. Upon the agreed facts, it was held that the merchandise comes within the provisions of Public Law 869, *supra,* as extended, and is entitled to free entry.

BEFORE THE THIRD DIVISION, AUGUST 7, 1958

**No. 62276.**—International Packers Commercial Co., Inc., et al. *v.* United States, protests 204234–K, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiffs was sustained.

**No. 62277.**—The Tupman Thurlow Co., Inc. *v.* United States, protests 251169–K, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.